IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD JOHN KALTENBERG,
MARY BETH KALTENBERG and
ZIEGLER DAIRY FARMS, INC.,

      Plaintiffs,

   v.

COUNTY OF DANE,

      Defendant.

Case No.  22-cv-198-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant County of Dane against plaintiffs Richard John Kaltenberg, Mary Beth Kaltenberg, and Ziegler Dairy Farms, Inc. with respect to plaintiffs' takings claims under the Fifth Amendment of the United States Constitution and the Wisconsin Constitution.

The Court declines to exercise supplemental jurisdiction over plaintiffs' state law nuisance claim.

| | |
|---|---|
| s/ Deputy Clerk | 7/19/2023 |
| Joel Turner, Clerk of Court | Date |